LYNN HUBBARD III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorney for Plaintiff

ROBERT D. EASSA, SBN 107970
TARA K. CLANCY, SBN 253321
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104-2806
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: Robert.Eassa@sedgwicklaw.com
Email: Tara.Clancy@sedgwicklaw.com

Attorney for C.D. & R's OIL, INC. dba TRACY BLVD CHEVRON and CHEVRON U.S.A., INC.

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>   Plaintiff,<br><br>   vs.<br><br>C.D. & R's OIL, INC. dba TRACY BLVD CHEVRON; CHEVRON U.S.A. INC.,<br><br>   Defendants.<br>_____/ | Case No. 2:11-cv-01976-JAM-CMK<br><br>**JOINT STIPULATION FOR DISMISSAL and ORDER THEREON** |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendants, C.D. & R's OIL, INC. dba TRACY BLVD CHEVRON and CHEVRON USA INC., stipulate to and jointly request that this Court enter a dismissal with prejudice of the above-entitled action in its entirety, including plaintiff's complaint and all parties to the action pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: August 12, 2013         DISABLED ADVOCACY GROUP, APLC


                                _/s/   Lynn Hubbard            /_
                                LYNN HUBBARD III
                                Attorney for Plaintiff

Dated: August 12, 2013         SEDGWICK LLP



                                _/s/   Tara K. Clancy          /_
                                TARA K. CLANCY
                                Attorney for Defendants C.D. & R's OIL, INC.
                                dba TRACY BLVD CHEVRON and
                                CHEVRON USA INC.


**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-01976-JAM-CMK, is dismissed with prejudice.

Dated: 8/12/2013

                                /s/ John A. Mendez_____
                                United States District Court Judge